IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRACEY GRAGG, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:19-CV-03167 |
| CITY OF SPRINGFIELD, et al. | ) |
| Defendant. | ) |

**OPINION AND ORDER**

**SUE E. MYERSCOUGH, U.S. District Judge.**

This cause is before the Court on both Defendant City of Springfield's Motion to Dismiss Plaintiff's Amended Complaint, (d/e 28), and Defendant Sangamon County Animal Control has also filed a Motion to Dismiss the same, (d/e 30). Plaintiff Tracey Gragg has not responded to either motion and, therefore, failed to comply with this Court's Local Rules. Accordingly, Defendants' Motions to Dismiss are GRANTED.

On July 8, 2019, Plaintiff Micheal Gragg filed a Complaint against Defendants City of Springfield ("Springfield") and Sangamon County Animal Control ("Animal Control") (collectively, the "Defendants"). Compl. (d/e 1). Springfield and Animal Control filed

separate motions to dismiss the Complaint on November 8, 2019, (d/e 12), and November 11, 2019, (d/e 15), respectively. On March 6, 2020, Mr. Gragg was granted leave to file an Amended Complaint to address the issues raised in the motions to dismiss. 03/06/2020 Text Order. As a result, Magistrate Judge Schanzle-Haskins denied as moot Defendants' motions to dismiss. Id.

Mr. Gragg filed his Amended Complaint on October 1, 2020. Am. Compl. (d/e 26). Mr. Gragg named only Springfield as defendant in the Amended Complaint and alleged battery and false arrest by the Springfield Police Department. Am. Compl. (d/e 1) at p. 1. On October 27, 2020, Defendant Springfield filed a Motion to Dismiss, (d/e 28), and on October 29, 2020, Defendant Animal Control filed a Motion to Dismiss, (d/e 30), with an accompanying memorandum of law in support thereof, (d/e 31). Each motion to dismiss contained a certificate of service stating that the motion was mailed to Plaintiff the same day it was filed. Responses to Springfield's motion to dismiss were set to be due on November 10, 2020, and responses to Animal Control's motion to dismiss were set to be due on November 12, 2020. Rather than respond, Mr. Gragg

filed two motions seeking leave to file another amended complaint on November 5, 2020, (d/e 33), and July 19, 2021, (d/e 37).

Sadly, Mr. Gragg passed away on July 30, 2021. Notice of Death (d/e 29). Shortly after, Mrs. Gragg was allowed to substitute herself as plaintiff for her late husband on August 20, 2021. See (d/e 39); and 08/23/2021 Text Order. On September 15, 2021, Judge Schanzle-Haskins denied Mr. Gragg's two motions for leave to file another amended complaint. Id. At the same time, Judge Schanzle-Haskins directed Plaintiff Mrs. Gragg to respond to the Defendant's motions to dismiss by September 30, 2021. Id. As of this date, Plaintiff has not responded.

Local Rule 7.1(B)(2) states that "[a]ny party opposing a motion . . . must file a response to the motion . . . within 14 days after service of the motion and memorandum. If no response is timely filed, the presiding judge will presume there is no opposition to the motion and may rule without further notice to the parties." Pursuant to that Rule, Plaintiff was allowed until September 30, 2021 to file a response once she substituted herself for her late husband. Plaintiff's failure to respond constitutes a lapse and a

failure to comply with Local Rule 7.1(B)(2).  Therefore, Defendants' Motions to Dismiss (d/e 28 & 30) are GRANTED.

The Court also finds that any additional filing would be futile. Plaintiff has extensive experience in filing in this Court, see Gragg et al. v. Southern Illinois University Physicians & Surgeons et al., No. 17-cv-03195 (C.D. Ill. Case dismissed without prejudice on Oct. 23, 2017); Gragg v. DaVita Dialysis, No. 20-cv-03268 (C.D. Ill. Case dismissed with prejudice on Sept. 28, 2021).  Moreover, the subject of the two present Motions to Dismiss (d/e 28 & 30) is Plaintiff's Amended Complaint (d/e 26).  The Amended Complaint was filed after Defendants filed their first Motions to Dismiss (d/e 12 & 15), which were denied as moot because Plaintiff had filed the Amended Complaint.

Additionally, Mr. Gragg failed to respond to the motions to dismiss prior to the original November 2020 deadlines when he was the sole plaintiff.  As substituted plaintiff, Mrs. Gragg was given an additional two weeks to respond once she substituted herself in the case.  Plaintiff did not do so.  The Court therefore finds that granting Plaintiff an additional opportunity to file her claims would

be futile. The Amended Complaint is DISMISSED WITH PREJUDICE.

IT IS THEREFORE ORDERED:

(1) Defendant City of Springfield's Motion to Dismiss (d/e 28) is GRANTED.

(2) Defendant Sangamon County Animal Control's Motion to Dismiss (d/e 30) is GRANTED.

(3) This case is DISMISSED WITH PREJUDICE. Judgement to enter in favor of Defendants and against Plaintiff.

(4) This case is terminated.

**ENTERED:  October 1, 2021**

**FOR THE COURT:**          /s/ Sue E. Myerscough
                            **SUE E. MYERSCOUGH**
                            **UNITED STATES DISTRICT JUDGE**